IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,          No. 2:10-cr-0513-LKK-JFM (HC)

  vs.

RAFAEL PAHUA-MARTINEZ,

    Movant.              <u>ORDER</u>

_____/

        On October 20, 2011, respondent filed a motion to dismiss movant's motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal

1

under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, movant shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed as consent to have the pending motion granted, this action dismissed for lack of prosecution, and this action dismissed based on movant's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: February 2, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;pahu0513.nooppo